# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANGEL VELAZQUEZ DELGADO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)      6:24-mj-1807<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 23 - 26, 2023__ in the county of __Volusia__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933 | Attempted trafficking of firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Stefani M. Brown, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: July 29, 2024

*Judge's signature*

City and state: Orlando, Florida

ROBERT M. NORWAY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                              CASE NO. 6:24-mj-1807

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stefani Brown, being duly sworn, depose and state the following:

1. I am employed as a Special Agent ("SA") in the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed in this capacity since August 2019. Prior to this, I was employed as a Police Officer for the Prince William County Police Department for more than ten years. I have attained a Bachelor's Degree in Sociology with a concentration in Criminology from Christopher Newport University, and I have completed all required training for ATF Special Agents at the Federal Law Enforcement Training Center.

2. During my more than fourteen-year tenure as a law enforcement officer, my duties and experiences have included successfully conducting firearms, narcotics and homicide investigations, executing state and federal search warrants, serving state and federal arrest warrants, conducting surveillance operations, conducting interviews, orchestrating undercover operations, and testifying in state court and before federal grand juries. I have participated in the investigations, arrests, and successful prosecutions of individuals for violations of the various criminal statutes that ATF enforces, including violations of the federal firearms laws and the Controlled Substances Act.

3. The information contained in this affidavit is either based on my personal knowledge and observations, the knowledge and observations of a Confidential Informant (CI) or information relayed to me by other law enforcement officers including those acting in an undercover capacity. Information and intelligence provided in the investigation by the confidential informant has been proven to be reliable, and when possible has been verified by physical surveillance and other investigative techniques. This affidavit is not intended to include every fact and matter known to me or the United States of America. I have set forth only those facts necessary to support probable cause that between on or about August 23, 2023, and on or about August 26, 2023, Angel VELAQUEZ DELGADO committed an attempted violation of 18 U.S.C. § 933, trafficking in any firearm having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

## Background of Investigation

4. In May of 2023, ATF investigators were notified by a federally licensed firearms dealer of suspicious gun purchases made by Angel VELAQUEZ DELGADO, hereinafter referred to as the "Defendant," and a co-conspirator of the Defendant with the initials J.H. Specifically, on or about April 29, 2023, an employee at a federally licensed firearms dealer located in Crestview, FL, had called Defendant to inform him that he was not approved to purchase a .50 caliber Barrett rifle – because he had already recently purchased three such firearms – and that he

should not drive to the store. Defendant informed the employee that he was already close to the store.

5. The purchase of multiple Barrett .50 caliber rifles often alerts firearms dealers to the likely presence of criminal behavior. The Barrett .50 caliber rifle typically sells for several thousand dollars. For example, the Barrett, M107A1, .50 caliber rifle currently retails for approximately $12,000. In addition to the expense of the firearm itself, the ammunition used by the firearm retails between three to five dollars per round. This is compared to other rifle ammunition that retails between five and fifteen cents per round. Due to the expenses that occur with the purchase and use of the Barrett .50 caliber rifle, it is not commonly collected or shot by hobbyists or for sport.

6. It is also well known that the Barrett .50 caliber rifle is considered highly desirable by the Mexican drug cartels. The Barrett .50 caliber rifle, amongst other makes, can expel a very accurate, heavy, and fast-moving projectile that defeats all individually worn body armor, and it is known as an anti-vehicle firearm that can penetrate and disable vehicles, aircraft, boats, and even some types of protection provided by armored vehicles. This makes it highly sought by the cartel in their efforts to control large territories.

7. Shortly after the phone conversation between the FFL employee and the Defendant on April 29, 2023, co-conspirators J.P. and J.A. arrived at the store and asked to purchase the same type of gun that Defendant had requested on the phone. Both J.P. and J.A. filled out Firearms Transaction Records, attempting to

purchase one Barret model M107A1 each. The purchases were ultimately denied because the owner of the store believed J.P. and J.A. were attempting to make a straw purchase on behalf of Defendant. This suspicious activity triggered the investigation into Defendant and the firearms trafficking organization.

### Purchase of Firearm by J.A. – Interdiction by ATF

8. On or about August 23, 2023, J.A. purchased a Barrett M82A1 rifle from a federal firearms licensed dealer located in Ormond Beach, Florida. He paid $9,199.15 in cash. Text messages from J.A's cell phone indicate Defendant provided the cash to J.A. prior to J.A. responding to the federal firearms licensed dealer located in Ormond Beach, Florida to purchase the firearm.

9. On or about August 25, 2023, J.A. communicated with the gun store regarding when he would pick up the weapon. On or about August 26, 2023, ATF agents conducted surveillance when J.A. arrived to pick up the rifle. ATF interdicted the weapon.



**Interstate Nexus Evaluation**

10. An interstate nexus expert examined the Barrett taken from J.A. on August 26, 2024. The Barrett .50 caliber rifle, model 82A1, is manufactured by Barrett Firearms Manufacturing, in the state of Tennessee. It therefore traveled in interstate and foreign commerce.

**Seizure of Cellular Phone – May 2023**

11. During a border crossing from Mexico into the United States in May of 2023, U.S. Customs and Border Patrol seized and copied Defendant's cellular phone. In Defendant's phone, investigators found evidence of conversations related to the purchase and sale of firearms.

12. For example, on or about February 15, 2023, Defendant had a conversation with a co-conspirator related to the purchase and sale of an FN, M249S which included his preference that the individual obtain/possess a concealed carry

permit and the amount of profit the individual would make if he purchased the firearm as requested.





13.     On February 17, 2023, Defendant communicated with another co-conspirator regarding the purchase and sale of a firearm. The co-conspirator sent Defendant a photo of a map route from Ohio to Defendant's residence in DeLeon Springs, FL.

6



Defendant then told the individual that he would need to bring a big vehicle due to the "toys" not being able to fit in a small vehicle. The two discussed hiding the firearm underneath a seat inside the vehicle. Defendant sent the individual a photograph of the requested firearm in its original packaging and mentioned that disassembling the firearm would make it less bulky.





Defendant then told the individual to back his car in when he arrived at Defendant's residence.

7

14.     On or about April 25, 2023, Defendant had a conversation with an individual known to be a commandant of the Jalisco La Nueva Generacion Cartel. The two exchanged audio recordings via Whatsapp. In them, they discussed the number and type of firearms requested, and the amount that Defendant would be paid per firearm.  Defendant and the commandant talked in code, using the term "mini" to refer to an FN, model M249S, and "Browning" to refer to the Browning, model M2 or similar make and model weapon system. On or about April 28, 2023, J.H. purchased an FN, model M249S on behalf of Defendant.

15.     Between at least February 2023 and May 28, 2023, Defendant had extensive conversations with an individual believed to reside in Mexico. During these conversations, orders for specific firearms, firearm optics, and drones were discussed and placed. There is conversation confirming that the firearms arrived at their final destination in Mexico.

### Seizure of Cellular Phones – September 2023

16.     On or about September 6, 2023, ATF investigators secured a federal search warrant authorizing the seizure and search of Defendant's cellular phone, as well as the cellular devices of other co-conspirators.

17.     One of the cellular phones searched pursuant to that warrant belonged to J.A.  J.A.'s phone contained a conversation between J.P. and J.A. that took place on April 29, 2023, the day that they attempted to purchase firearms on behalf of Defendant. In that conversation, J.P. sent J.A. a photograph of an FN America, M249S, Paratrooper rifle that was listed for sale.

8



18.     On a phone seized from J.P., investigators located a conversation between Defendant and J.P. that took place on August 30, 2023, four days after a Barrett was seized from J.A during a law enforcement interception. Defendant requested a receipt to have proof for the cartel that the firearm was actually purchased. Defendant also told J.P. that he was "getting questions" and that "his people" (*i.e.* who I believe based on my training and experience and the evidence summarized in this affidavit to be members of a Mexican drug cartel) think J.A. either did not buy the firearm or was trying to keep it or the cash. Defendant also told J.P. that the last thing J.A. wanted was to "have problems in Mexico." J.P. agreed to go over to J.A.'s residence on behalf of Defendant. Later, J.P. sent Defendant a photo of a receipt for the Barrett and told Defendant not to contact J.A. further.

9



19.     The phone seized from the Defendant provided additional evidence of firearms trafficking. For example, the phone confirmed the Defendant's travels to and from Mexico. The phone contained what agents believe is a drug trafficking "owe sheet," which documents money owed for various narcotics transactions. The phone captured web page history indicating that the Defendant visited the websites of several firearms stores and researched Barrett firearms, specifically models M107A1 and 82A1. Finally, a video of two firearms on a vehicle floorboard was sent to a phone number associated with the commandant of the Jalisco La Nueva Generacion Cartel referenced above. This video was located on the Defendant's previous phone download as well. Below is a screenshot from that video.

10



20. On September 6, 2023, after his phone was seized by law enforcement, Defendant used a different phone to communicate with his co-conspirators, instructing them to "erase everything," or words to that effect. It is believed that Defendant regularly deleted conversations and other evidence from his phone.

**Trafficked Firearm Recovered in Mexico**

21. Using the eTrace Firearm Recovery Notification Program, Mexican authorities were able to confirm the presence of at least one of the trafficked firearms in Mexico. On or about March 22, 2023, Mexican State Police and Mexican Military Personnel were involved in a shooting with suspected members of the Cartel de Jalisco La Nueva Generacion in Zitacuaro, Michoacan, Mexico. Two individuals were killed during the exchange of gunfire. After the shooting, a Barrett, model 82A1, .50 caliber rifle purchased by J.H. on or about November 8, 2022, and used by the suspected members of the Cartel, was recovered from the scene of the shooting.

## CONCLUSION

22.     Based on the information provided above, there is probable cause to believe that between on or about August 23, 2023, and on or about August 26, 2023, in the Middle District of Florida, and elsewhere, Angel VELAQUEZ DELGADO committed an attempted violation of 18 U.S.C. § 933, trafficking in any firearm having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

This concludes my affidavit.

_____
Stefani M. Brown
Special Agent, ATF

Affidavit submitted by email and attested to me as true and accurate via Zoom consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this <u>29th</u> day of July 2024.

_____
The Honorable Robert M. Norway
United States Magistrate Judge

12