# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                   **CASE NO: 6:24-mj-1807-RMN**

**ANGEL VELAZQUEZ DELGADO**

_____

AUSA: Rachel Lyons

Defense Attorney: Asad Ali, Retained Counsel

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **August 1, 2024**<br>3:48 P.M.-4:40 P.M. |
|---|---|---|---|
| Courtroom: | 3C | Total Time: | 52 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Ebonie Henderson-Larrame |

## CLERK'S MINUTES
### Initial Appearance/Detention Hearing

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights.
Government advises of the charge and potential penalties.
Attorney Ali oral motion to withdraw as counsel. Motion granted. Order to be entered.
Defense oral motion for appointment of counsel. Motion granted. Court appoints FPD. Order to be entered.
Defendant waives the right to a preliminary hearing.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government oral motion for detention.
Government makes proffer for detention.
Defense makes proffer for release.
Parties make argument.
Court DENIES bond and defendant will remain in custody pending further proceedings- Order to be entered.
Court adjourned.